UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy No. 23-21478-CMB |
| MARTIN JOHN GATES ) | |
| ) | |
| Debtor(s)) ) | Chapter 7 |
| ) | |
| PAMELA J. WILSON, Trustee ) | |
| ) | Doc. No. 12 |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent ) | |

## ORDER OF COURT

AND NOW, this  28th  day of  July , 2023, it is hereby ORDERED and DECREED that the law firm of Pamela J. Wilson, Attorney-At-Law, be appointed as Attorney for Trustee in this matter. It is in the best interest of the Estate and its economical administration, compensation to be paid in such amounts as may be allowed by the Court by proper application.

*Carlota M. Böhm* dmk
CARLOTA M. BÖHM
United States Bankruptcy Judge

FILED
7/28/23 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21478-CMB |
| Martin John Gates | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Martin John Gates, 871 East National Pike, Washington, PA 15301-7175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Martin John Gates ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

TOTAL: 5