IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Martin John Gates,

Bankruptcy Case No. 23-21478-CMB  
Chapter 7

Debtor,  
Martin John Gates,

Movant,  
v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtor's former mailing address:

Martin John Gates  
871 East National Pike  
Washington, PA. 15301

Debtor's current and future address:

Martin John Gates  
260 Moore Road  
Washington, PA. 15301

Dated: 08/10/2023

/s/: David A. Rice, Esq.  
Attorney for Debtor(s)  
15 West Beau Street  
Washington, PA   15301  
ricelaw1@verizon.net  
724-225-7270  
PA ID 50329