**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-21478-CMB |
| | ) | |
| MARTIN JOHN GATES | ) | Chapter 7 |
| | ) | |
|    Debtor(s) | ) | |
| | ) | |
| PAMELA J. WILSON, Trustee | ) | Doc. No. _____ |
| | ) | |
|    Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN JOHN GATES | ) | |
| and LOAN DEPOT, | ) | |
| | ) | |
|    Respondents | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S MOTION TO EMPLOY REALTOR**

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 28, 2023, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    An in person hearing will be held on September 12, 2023, at 2:30 p.m. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the follow Meeting ID: 161 4380 0191  For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 8/11/23                 */s/ Pamela J. Wilson*
                                                          Pamela J. Wilson, Trustee
                                                          PA I.D. 77011
                                                          810 Vermont Avenue
                                                          Pittsburgh, PA 15234
                                                          (412) 341-4323
                                                          pwilson@pjwlaw.net