**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  23-21478-CMB |
| | ) | |
| MARTIN JOHN GATES | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| PAMELA J. WILSON, Trustee | ) | Doc. No. _____ |
| | ) | |
| Movant | ) | |
| | ) | Related to Docs. 17, 18 |
| v. | ) | Hearing Date:  9/12/23, 2:30 a.m. |
| | ) | |
| MARTIN JOHN GATES | ) | |
| and LOAN DEPOT, | ) | |
| | ) | |
| Respondents | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S
APPLICATION TO EMPLOY REAL ESTATE BROKER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Real Estate Broker filed on August 11, 2023, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than August 28, 2023.

It is hereby requested that the Order attached to the Application be entered by the Court.

Date:  8/29/23

*/s/ Pamela J. Wilson*
Pamela J. Wilson, Trustee
PA I.D. No. 77011
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net