**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-21478-CMB |
| | ) | |
| MARTIN JOHN GATES | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| PAMELA J. WILSON, Trustee | ) | Doc. No. _____ |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN JOHN GATES | ) | |
| and LOAN DEPOT, | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE ON TRUSTEE'S MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS**

TO THE CREDITORS AND PARTIES IN INTEREST OF THE ABOVE NAMED DEBTOR(S):

**You are hereby notified that the Movant seeks an Order affecting your rights or property.**

NOTICE IS HEREBY GIVEN THAT *Pamela J. Wilson, Trustee* has filed a Motion for Private Sale of Real Property Free and Divested of Liens the following property: **871 East National Pike, Washington,** *PA 15301* to Deborah Kurka and Thomas Zaecina for *$290,000* according to the terms set forth in the *Motion for Private Sale*. *Anyone wishing to bid on the sale must deposit $2,800 hand money with the Trustee and provide evidence of ability to pay the balance of the purchase price at the time of closing no later than 72 hours prior to the day and time of the sale hearing.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 22, 2023, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on October 3, 2023 at 1:30 p.m. before Judge Carlota M. Bohm in

Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom Video Conference platform ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 10 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the follow Meeting ID:  161 4380 0191  For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328.  ***All attorneys and Parties may only appear by Zoom and must comply with Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

*Arrangements for inspection prior to said sale hearing may be made with Pamela Wilson, Trustee:  pwilson@pjwlaw.net; (412) 341-4323.*

Date of Service: September 5, 2023              BY:  */s/ Pamela J. Wilson*
                                                                           Pamela J. Wilson, Esquire
                                                                           810 Vermont Avenue
                                                                           Pittsburgh, Pennsylvania  15234
                                                                           pwilson@pjwlaw.net
                                                                           (412) 341-4323
                                                                           PA I.D. #77011