IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Martin John Gates
*Debtor(s)*

: Case No: 23–21478
:
: Chapter: 7

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| Delbert and Tammy Maib | 2 | $137,000.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

09/10/2023                                                                 By: /s/ ADI User

cc:   Creditor
      Debtor's Attorney
      Trustee
      Debtor