# PROCEEDING MEMO

**Date: 10/03/2023 01:30 pm**

**In re:   Martin John Gates**

**Bankruptcy No. 23-21478-CMB**
**Chapter: 7**
**Doc. # 26**

**Appearances:  Pamela Wilson, Trustee**

**Nature of Proceeding: # 26 Motion For Sale of Property under Section 363(b)**

**Outcome:**  Hearing held.  No higher or better offers.
The sale is confirmed for $290,000.00.  Order entered.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
10/3/23 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA