IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 23-21478-CMB |
| MARTIN JOHN GATES | Chapter 7 |
| Debtor | Doc. No. 34 |
| PAMELA J. WILSON, TRUSTEE | |
| Movant | |
| vs. | |
| NO RESPONDENTS | |

### ORDER OF COURT

**AND NOW,** this ___24th___ day of ___October___, 2023, upon consideration of the Motion of the Chapter 7 Trustee for Amended Order, it is hereby ORDERED and DECREED that the Motion is GRANTED. The October 3, 2023 Court Order approving the sale of the real property owned by the Debtor located at 871 East National Pike, Washington, Washington County, Pennsylvania, parcel identification number 600-011-00-00-0021-01, to Deborah Kurka and Thomas Zaecina is hereby amended to increase sale price from $290,000 to $300,000 to allow $9,000 Seller Assist toward the Buyers' costs and additional $1,000 to the Estate.

_____  dmk
CARLOTA M. BÖHM
United States Bankruptcy Judge

FILED
10/24/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21478-CMB |
| Martin John Gates | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Martin John Gates, 260 Moore Road, Washington, PA 15301-8039 |
| aty | + Pamela J Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Martin John Gates ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Oct 24, 2023     Form ID: pdf900     Total Noticed: 2
TOTAL: 5