**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 23-21478-CMB** |
| **MARTIN JOHN GATES** | : | |
| | : | **Chapter 7** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **Pamela J. Wilson, Trustee** | : | |
| | : | |
| **Movant** | : | **Doc. No. 45** |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondent** | : | |

**ENTERED BY DEFAULT**

**ORDER OF DISTRIBUTION**

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Pamela J. Wilson, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

By the Court,

FILED
3/29/24 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    **dmk**

CARLOTA M. BÖHM
United States Bankruptcy Judge

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-21478-CMB
Case Name: MARTIN JOHN GATES
Trustee Name: PAMELA J. WILSON

Balance on hand                                                    $              25,257.33

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $      12,500.00 | $        0.00 | $      12,500.00 |

Total to be paid for chapter 7 administrative expenses          $          12,500.00

Remaining Balance                                               $          12,757.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $137,513.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 513.55 | $ 0.00 | $ 47.64 |
| 2 | DELBERT AND TAMMY MAIB | $ 137,000.00 | $ 0.00 | $ 12,709.69 |

Total to be paid to timely general unsecured creditors       $         12,757.33

Remaining Balance       $         0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 23-21478-CMB

Martin John Gates                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                                    Page 1 of 1
Date Rcvd: Mar 29, 2024                            Form ID: pdf900                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

**Recip ID            Recipient Name and Address**
db                    + Martin John Gates, 260 Moore Road, Washington, PA 15301-8039

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed
below:**

**Name                            Email Address**

David A. Rice
                                  on behalf of Debtor Martin John Gates ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
                                  on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                                  pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
                                  on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 5