# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MARTIN JOHN GATES, | § | CASE NO. 23-21478-CMB |
| Debtor | § | |
| | § | |
| PAMELA J. WILSON, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAMELA J. WILSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,450.00                      Assets Exempt: 30,825.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 231,054.47    Claims Discharged
                                                 Without Payment: 346,058.22

Total Expenses of Administration: 41,045.53

---

3) Total gross receipts of $300,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $27,900.00 (see **Exhibit 2**), yielded net receipts of $272,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $219,985.00 | $218,297.14 | $218,297.14 | $218,297.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,045.53 | 41,045.53 | 41,045.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,776.00 | 137,513.55 | 137,513.55 | 12,757.33 |
| TOTAL DISBURSEMENTS | $359,761.00 | $396,856.22 | $396,856.22 | $272,100.00 |

4) This case was originally filed under chapter 7 on 07/07/2023. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/30/2024            By:/s/PAMELA J. WILSON
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 871 EAST NATIONAL PIKE, WASHINGTON, PA 15301-0000 | 1110-000 | 300,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$300,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Martin John Gates | Exemptions | 8100-002 | 27,900.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$27,900.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LoanDepot, Attn: Bankruptcy 26642 Towne Center Foothill Ranch, CA 92610 | | 213,463.00 | NA | NA | 0.00 |
| | Wabellco Fcu, 1277 Park Avenue Washington, PA 15301 | | 6,522.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LoanDepot | 4110-000 | NA | 218,297.14 | 218,297.14 | 218,297.14 |
| **TOTAL SECURED CLAIMS** | | | $219,985.00 | $218,297.14 | $218,297.14 | $218,297.14 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pamela J. Wilson | 2100-000 | NA | 12,500.00 | 12,500.00 | 12,500.00 |
| Crown Title Corporation | 2500-000 | NA | 9,370.00 | 9,370.00 | 9,370.00 |
| Kelli Cole | 2500-000 | NA | 175.00 | 175.00 | 175.00 |
| Axos Bank | 2600-000 | NA | 22.56 | 22.56 | 22.56 |
| Washington County Recorder of Deeds | 2820-000 | NA | 1,474.01 | 1,474.01 | 1,474.01 |
| OBSERVER REPORTER | 2990-000 | NA | 103.96 | 103.96 | 103.96 |
| Keller Williams | 3510-000 | NA | 8,700.00 | 8,700.00 | 8,700.00 |
| RE/MAX Endeavor | 3510-000 | NA | 8,700.00 | 8,700.00 | 8,700.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $41,045.53 | $41,045.53 | $41,045.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capital One, Attn: Credit Administrator Po Box 3043 Milwaukee, WI 53201 | | 405.00 | NA | NA | 0.00 |
| | Wabellco Fcu, 1277 Park Avenue Washington, PA 15301 | | 912.00 | NA | NA | 0.00 |
| 2 | DELBERT AND TAMMY MAIB | 7100-000 | 138,000.00 | 137,000.00 | 137,000.00 | 12,709.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 459.00 | 513.55 | 513.55 | 47.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $139,776.00 | $137,513.55 | $137,513.55 | $12,757.33 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 23-21478 | CMB | Judge: | Carlota M. Bohm | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | MARTIN JOHN GATES | | | | Date Filed (f) or Converted (c): | 07/07/2023 (f) |
| | | | | | 341(a) Meeting Date: | 08/25/2023 |
| For Period Ending: | 04/30/2024 | | | | Claims Bar Date: | 09/15/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 871 EAST NATIONAL PIKE, WASHINGTON, PA 15301-0000 | 379,000.00 | 25,000.00 | | 300,000.00 | FA |
| 2. 2003 MERCURY GRAND MARQUIS | 3,450.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,325.00 | 0.00 | | 0.00 | FA |
| 4. FIREARMS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $385,375.00  $25,000.00  $300,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating value of real property. Trustee's Motion to Sell Real Property granted 10/3/23 (Doc. 32).  Trustee in process of preparing closing reports.

Initial Projected Date of Final Report (TFR): 01/31/2024    Current Projected Date of Final Report (TFR): 01/31/2024

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 23-21478 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARTIN JOHN GATES | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0427 |
| | Checking |
| Taxpayer ID No: XX-XXX8821 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 04/30/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/23 | | Crown Title Corporation | Court Approved Sale (Docs. 32 and 35) | | $25,383.85 | | $25,383.85 |
| | | | Gross Receipts $300,000.00 | | | | |
| | | LoanDepot | Mortgage Payoff ($218,297.14) | 4110-000 | | | |
| | | Martin John Gates | Debtors Exemption ($27,900.00) | 8100-002 | | | |
| | | Crown Title Corporation | Deed Preparation ($295.00) | 2500-000 | | | |
| | | Crown Title Corporation | Tax Certification Fee ($75.00) | 2500-000 | | | |
| | | Washington County Recorder of Deeds | State Tax/Stamps ($1,474.01) | 2820-000 | | | |
| | | Kelli Cole | Dye Test Reimbursement ($175.00) | 2500-000 | | | |
| | | RE/MAX Endeavor | Real Estate Commission ($8,700.00) | 3510-000 | | | |
| | | Keller Williams | Real Estate Commission ($8,700.00) | 3510-000 | | | |
| | | | Seller's Credit ($9,000.00) | 2500-000 | | | |
| | 1 | | 871 EAST NATIONAL PIKE, WASHINGTON, PA 15301-0000   $300,000.00 | 1110-000 | | | |
| 11/14/23 | 2001 | OBSERVER REPORTER PO BOX 3367 CHARLESTON, WV  25333 | legal advertising | 2990-000 | | $103.96 | $25,279.89 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.56 | $25,257.33 |
| 04/15/24 | 2002 | Pamela J. Wilson 810 VERMONT AVENUE, PITTSBURGH, PA  15234 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $12,500.00 | $12,757.33 |

| | | | Page Subtotals: | | $25,383.85 | $12,626.52 | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 23-21478 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARTIN JOHN GATES | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0427 |
| | Checking |
| Taxpayer ID No: XX-XXX8821 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 04/30/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/24 | 2003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Final distribution to claim 1 creditor account # representing a payment of 9.28% per court order. | 7100-000 | | $47.64 | $12,709.69 |
| 04/15/24 | 2004 | DELBERT AND TAMMY MAIB<br>201 JEFFFERSON PIKE<br>BROWNSVILLE, PA 15417 | Final distribution to claim 2 creditor account # representing a payment of 9.28% per court order. | 7100-000 | | $12,709.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,383.85 | $25,383.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,383.85 | $25,383.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,383.85 | $25,383.85 |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Page Subtotals: $0.00    $12,757.33

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0427 - Checking | $25,383.85 | $25,383.85 | $0.00 |
|  | $25,383.85 | $25,383.85 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $274,616.15 |
| Total Net Deposits: | $25,383.85 |
| Total Gross Receipts: | $300,000.00 |

Page Subtotals: $0.00    $0.00